IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VANESSA ENRIQUEZ, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| | Case No. 10-cv-3281 |
| v. | |
| | Judge Feinerman |
| KCA FINANCIAL SERVICES, INC. | |
| | Magistrate Judge Finnegan |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Vanessa Enriquez and Defendant KCA Financial Services, Inc. hereby stipulate to the dismissal of Plaintiff's claims with prejudice, with each party to bear their own costs.

Dated: December 20, 2010

| | |
|---|---|
| s/ Craig M. Shapiro | s/ Nabil G. Foster |
| Craig M. Shapiro | Nabil G. Foster |
| O. Randolph Bragg | David M. Schultz |
| HORWITZ, HORWITZ & ASSOCIATES, LTD. | HINSHAW & CULBERTSON, LLP |
| 25 East Washington Street Suite 900 | 222 North LaSalle Street, Suite 300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60601 |
| (312) 372-8822 | (312) 704-3000 |
| (312) 372-1673 (Facsimile) | (312) 704-3001 (Facsimile) |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |