UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Vanessa Enriquez
                                        Plaintiff,

v.                                                           Case No.: 1:10−cv−03281
                                                                        Honorable Gary Feinerman

KCA Financial Services, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 20, 2010:

      MINUTE entry before Honorable Gary Feinerman: The parties having filed a stipulation of dismissal with prejudice [25], the status hearing scheduled for 6/09/2011 [18] is stricken. Civil case terminated. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.